**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RICHARD PATRICK HORTON PLAINTIFF

v. 4:18cv00168-JLH-JJV

JOHN DOE,
Transport Deputy, Pulaski County DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**DISPOSITION**

**I. ANALYSIS**

On March 5, 2018, Richard Patrick Horton filed, in the United States District Court for the Western District of Arkansas, a *pro se* Complaint (Doc. No. 1) alleging that several defendants from Benton County and one John Doe defendant from Pulaski County violated his constitutional rights. The Western District of Arkansas severed Mr. Horton's claim against the Doe defendant and transferred it to this Court, where venue is proper. (Doc. No. 2.)

Since the commencement of this action, mail sent to Mr. Horton at the Benton County Detention Center, which is his last known address, has been returned undeliverable. (Doc. No. 4.) On March 14, 2018, I issued an Order explaining to Mr. Horton his obligation, under Local Rule 5.5(c)(2), to maintain a valid address with the Clerk of the Court, and I advised him that this case would be dismissed without prejudice if he failed to provide that information within thirty days.[1] (Doc. No. 5.) The Clerk of the Court mailed the Order to Mr. Horton at the Benton

[1]Local Rule of the Court 5.5(c)(2), states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not

County Detention Center; but on March 22, 2018, it was returned as undeliverable. (Doc. No. 6.)

Mr. Horton's time to comply with the March 14, 2018, Order (Doc. No. 5) has expired. Without a current address, it would be futile to enter an Order giving Mr. Horton an extension of time to comply with my instructions. Thus, the Court recommends the Complaint (Doc. No. 1) be DISMISSED without prejudice due to Mr. Horton's failure to comply with the March 14, 2018, Order.

**II. CONCLUSION**

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. No. 1) be DISMISSED without prejudice.

2. The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 16th day of April, 2018.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."