IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICHARD PATRICK HORTON                                                    PLAINTIFF

v.                                    4:18CV00168-JLH

JOHN DOE,
Transport Deputy, Pulaski County                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 29th day of May, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE