**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RICHARD PATRICK HORTON                                                                 PLAINTIFF
ADC #83175

v.                                              4:18cv00168-JLH

JOHN DOE, Transport Deputy,
Pulaski County                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED without prejudice.   The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the

corresponding Order would not be taken in good faith.

DATED this 6th day of July, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE